IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
AUGUSTA HOSPITALITY MANAGEMENT   *
GROUP, LLC and SHUDH, LLC,       *
                                 *
          Plaintiffs,            *
                                 *
     v.                          *       CV 118-167
                                 *
DURACLEAN SYSTEMS INCORPORATED   *
OF NORTH AUGUSTA and GLOBAL      *
DISASTER RECOVERY, INC.,         *
                                 *
          Defendants.            *
```

O R D E R

Before the Court is Plaintiffs' notice of dismissal with prejudice. (Doc. 3.) Plaintiffs filed the notice prior to Defendants serving either an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA